UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE NATIONAL
LABOR COURT OF FIRST INSTANCE
NO. 18 IN BUENOS AIRES,
ARGENTINA IN THE MATTER OF
SHANNON ROBERTSON V. JONES
LANG LASALLE S.R.L. ET AL.

Case No. 24-MC-571

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Agatha Koprowski, Trial Attorney, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from Morgan Stanley Smith Barney LLC ("Morgan Stanley"). Certain evidence has been requested by the National Labor Court of First Instance No. 18 in Buenos Aires, Argentina ("Argentine Court"), pursuant to a Letter of Request issued by the Argentine Court in connection with a civil judicial proceeding captioned *Shannon Robertson v. Jones Lang LaSalle S.R.L. et al.*, Foreign Reference Number 2611/2023.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed order is also provided for the convenience of the Court.

Dated:   November 7, 2024          Respectfully submitted,

                                   EREK L. BARRON
                                   United States Attorney

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney General

AUGUST E. FLENTJE
Director, Office of Foreign Litigation
United States Department of Justice, Civil Division

By: *[signature]*

AGATHA KOPROWSKI*
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8014
Washington, DC 20530
Telephone: 202-507-6081
Email: agatha.koprowski@usdoj.gov
*Admitted by special appearance*